**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-rj-00003

MD SPA SHOP, LLC, a Colorado Limited Liability Company,

      Petitioner/Counter-Respondent,

v.

MED-AESTHETIC SOLUTIONS, INC., a California Corporation,

      Respondent/Counterclaimant.

---

### MOTION FOR TURNOVER OF GARNISHED FUNDS
---

Med-Aesthetic Solutions, Inc. ("{Creditor"), through its undersigned counsel, submits its Motion for Turnover of Garnished Funds, and states as follows:

1. Creditor obtained a Final Award before the American Arbitration Association on May 24, 2021 (the "Award") against MD Spa Shop, Inc. ("Judgment Debtor").

2. The Award was confirmed into a judgment in the U.S. District Court for the Southern District of California on November 2, 2021.

3. The California Judgment was registered in this Court on February 14, 2022. *See Docket No. 1*.

4. Pursuant to Fed.R.Civ.P. 69(a)(1), Creditor may use the Colorado civil procedures on execution in aid of collection of the Judgment. Similarly, the Creditor may seek discovery in aid of collection under Colorado law. Fed.R.Civ.P. 69(a)(2).

5. During the course of this action, Creditor obtained written and oral discovery from the Judgment Debtor. The Creditor learned that the Judgment Debtor had bank accounts located at First Bank in the State of Colorado. As a result, Creditor requested the issuance of a writ of garnishment in order to execute on the Judgment under Fed.R.Civ.P. 69, and Colo.R.Civ.P. 69 and 103.

6. On April 21, 2022, this Court issued a Writ of Garnishment - Judgment Debtor Other than a natural Person (the "Writ") directed to FirstBank, a copy of which is attached hereto as **Exhibit 1**.

7. The Writ was served on FirstBank on April 22, 2022. A copy of the Affidavit of Service is attached hereto as **Exhibit 2**.

8. FirstBank filed its Answer to the Writ of Garnishment with the Court on April 27, 2022. A copy of which is attached hereto as **Exhibit 3**.

9. Pursuant to the Answer, FirstBank asserts it is holding funds owned by the Judgment Debtor in the total amount of $70.91. *See Exh. 3*.

10. Pursuant to Colo.R.Civ.P. 69(g) and 103, § 4(f)(1), a party in possession of property of the judgment debtor shall deliver to the attorney for the judgment creditor the garnished funds without any further order of the court required.

11. By this Motion, Creditor seeks entry of an order requiring FirstBank to turnover the funds being held for the Writ to counsel, Buechler Law Office, LLC, 999 18th Street, Suite 1230-S, Denver, Colorado 80202.

12. Upon the issuance of an Order granting this Motion, the Court may order such sums applied to the Judgment as provided by law. Colo.R.Civ.P. 69(g).

WHEREFORE, the Creditor respectfully requests the Court to enter an Order requiring FirstBank to turnover the funds being held by FirstBank in the accounts of the Judgment Debtor, in the amount of $70.91, to the undersigned counsel for Med-Aesthetic Solutions, as the Judgment-Creditor, and to grant such other relief as to this Court may seem appropriate.

Dated: May 3, 2022.                                              Respectfully Submitted,
                                                                 BUECHLER LAW OFFICE, LLC


                                                                 */s/ K. Jamie Buechler*
                                                                 K. Jamie Buechler, #30906
                                                                 999 18th Street, Suite 1230-S
                                                                 Denver, CO 80202
                                                                 Tele: 720-381-0045
                                                                 Fax: 720-381-0382
                                                                 Email: Jamie@Kjblawoffice.com

## CERTIFICATE OF SERVICE

  I certify that on May 3, 2022, I served a complete copy the **MOTION FOR TURNOVER OF GARNISHED FUNDS** on the following parties in compliance with the Federal Rules of Civil Procedure as follows:

**Via U.S. Mail**:

MD Spa Shop, LLC
10200 E. Girard Avenue, A-117
Denver, CO 80231

FirstBank
12345 W. Colfax
Lakewood, CO 80215

                */s/ Sharon E. Fox*
                For Buechler Law Office LLC