# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-rj-00003

MD SPA SHOP, LLC, a Colorado Limited Liability Company,

      Petitioner/Counter-Respondent,,

v.

MED-AESTHETIC SOLUTIONS, INC., a California Corporation,

      Respondent/Counterclaimant.

---

## NOTICE OF AFFIDAVIT OF SERVICE

---

      Attached hereto is an Affidavit of Service regarding service of a **Writ of Garnishment - Judgment Debtor Other Than Natural Person** on FirstBank, 8600 E. Arapahoe Road, Centennial, CO 80112.

Respectfully submitted, April 25, 2022.

                                          BUECHLER LAW OFFICE, L.L.C.

                                          */s/ K. Jamie Buechler*

                                          _____
                                          K. Jamie Buechler, #30906
                                          999 18th Street, Suite 1230-S
                                          Denver, Colorado 80202
                                          Tel: 720-381-0045
                                          Fax: 720-381-0382
                                          Jamie@KJBlawoffice.com

EXHIBIT 2

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**Petitioner/Counter-Respondent:**

MD SPA SHOP, LLC, a Colorado Limited Liability Company

**Affidavit of Service**

Case #: 22-RJ-00003

v.

**Respondent/Counterclaimant:**

MED-AESTHETIC SOLUTIONS, INC., a California Corporation

Received on **April 21, 2022 at 9:58 am**

I, **Joshua Aragon,** being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On **April 22, 2022 at 2:48 pm**, I executed service of a **WRIT OF GARNISHMENT - JUDGEMENT DEBTOR OTHER THAN NATURAL PERSON** on **FIRSTBANK** at Firstbank, 8600 E. Arapahoe Road, Centennial, Arapahoe County, CO 80112.

By Corporate Service to: **ANNA SCHOFIELD - ASSISTANT BRANCH MANAGER**

**Physical Description:**

**Race:** Caucasian  **Sex:** Female  **Age:** 30's  **Height:** 5' 10"  **Weight:** 130 lbs  **Hair:** Brown  **Glasses:** No

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct. Executed on April 25, 2022 at Greenwood Village, CO 80111

_____
Joshua Aragon

Field Sheet Id: 19805

Client Reference: United States 22-RJ-00003

Page 1 of 1
Process ServerSoftware Pro