# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

*Arap 2:52*
*2:48 PM 4·22·22*
*In Person AES x2818*

(C.R.C.P. No. 32: Rev 10/12)

Case Number: _____22-rj-00003_____

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**WRIT OF GARNISHMENT - JUDGMENT DEBTOR OTHER THAN NATURAL PERSON**

**APR 27 2022**

JEFFREY P. COLWELL
CLERK

Plaintiff(s): MD SPA SHOP, LLC, a Colorado Limited Liability Company
vs.

Defendant(s): MED-AESTHETIC SOLUTIONS, INC., a California Corporation

Judgment Debtor's name, last known address, other identifying information: MD SPA SHIP, LLC, 10200 E. Girard Avenue, A-117, Denver, CO 80231

| | | |
|---|---|---|
| 1. Original Amount of Judgment Entered   May 24, 2021 | | $1,358,546.50 |
| 2. Plus any interest Due on Judgment    ( 8    % per annum) | | + $92,603.36 |
| 3. Taxable Costs (including estimated cost of service of this Writ) | | + $259.00 |
| 4. Less any Amount Paid | | - $0.00 |
| 5. Principal Balance/Total Amount Due and Owing | | = $1,451,408.86 |

I affirm that I am authorized to act for the Judgment Creditor and this is a correct statement as of   March 31, 2022

Subscribed under oath before me on   3/31/22

Notary Public or Deputy **KAREN E FOX**
**NOTARY PUBLIC**
**STATE OF COLORADO**
**NOTARY ID 19884008784**
My Commission Expires: **MY COMMISSION EXPIRES JULY 26, 2025**

Med-Aesthetic Solutions, Inc.

Print Judgment Creditor's Name

c/o Buechler Law Office, LLC
Address: 999 18th Street, Suite 1230-S
Denver, CO 80202

By: _____
K. Jamie Buechler, Attorney (Co Bar #30906)

### WRIT OF GARNISHMENT

THE PEOPLE OF THE STATE OF COLORADO to the Sheriff of any Colorado County, or to any person over the age of 18 years who is not a party to this action:

You are directed to serve a copy of this Writ of Continuing Garnishment upon   First Bank

Garnishee, with proper return of service to be made to the Court.

TO THE GARNISHEE:

YOU ARE HEREBY SUMMONED AS GARNISHEE IN THIS ACTION AND ORDERED:

a.   To answer the following questions under oath and file your answers with the Clerk of Court (AND to mail a completed copy with your answers to the Judgment Creditor or attorney when a stamped envelope is attached) within 10 days following service of this Writ upon you.  **YOUR FAILURE TO ANSWER THIS WRIT WITH NOTICE MAY RESULT IN THE ENTRY OF DEFAULT AGAINST YOU.**

b.   To hold pending court order any personal property owed to or owned by the Judgment Debtor and in your possession or control on the date and time this Writ was served upon you.

YOU ARE NOTIFIED:

a.   This Writ with Notice applies to all personal property owed to or owned by the Judgment Debtor and in your possession or control as of the date and time this Writ was served upon you.

b.   In no case may you withhold any personal property greater than the amount on Line 5 on the front of this Writ unless the personal property is incapable of being divided.

c.   If you are ordered to pay funds to the Court, tender your check for the amount PAYABLE TO:

**Clerk of the United States District Court at 901 19th Street, Room A-105, Denver Colorado 80294-3589**

CLERK OF THE COURT:   Jeffrey P. Colwell      By:   **s/ A. Garcia Garcia**
901 19th Street, Room A-105       Deputy Clerk
Denver, Colorado 80294-3589      Date:   **4/21/2022**
(303) 844-3433

EXHIBIT 3

Amount of Check
Being Held

$ 70.91

The following questions MUST be answered by you under oath:

a.    On the date and time this Writ was served upon you, did you possess or control any personal property of the Judgment Debtor or did you owe any rents, payments, obligations, debts or money's to the Judgment Debtor?

    (YES)  || NO

b.    If "YES", list all items of personal property and their location(s) and/or describe the nature and amount of the debt or obligation: (Attach additional pages if necessary):

   Checking $68.55  checking $1.24 & saving $1.12

c.    Do you claim and setoff against and property, debt of obligation listed above?

    YES  || (NO)

d.    If you said "YES" to question (c) describe the nature and amount of the setoff claimed:   (Attach additional pages if necessary)

    N/A

I affirm that I am authorized to act for the Garnishee and the above answers are true and correct:

Subscribed under oath before me on   4/25/22

      (Date)

Notary Public or Deputy Clerk   Misty James

My Commission Expires:

MISTY JAMES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144035404
MY COMMISSION EXPIRES 09/10/2022

FirstBank

FIRSTBANK
12345 W COLFAX
LAKEWOOD, CO  80215
(303) 235-1446

Address:

Phone:

Name of Person Answering (print): Stephanie Maes

Signature of Person Answering: Stephanie Maes

RETURN OF SERVICE

STATE OF COLORADO                        County of _____

I, _____, affirm that I have served a copy of the Writ of Garnishment on _____

_____ (date) at _____ (time), by _____.

Subscribed under oath before me on _____.

_____       Signature

Notary Public           My Commission Expires: _____     Service Fee $ _____



banking for good

PO BOX 150097
LAKEWOOD CO 80215

DENVER CO 802

25 APR 2022 PM 4



ZIP 80215
02 4W
0000357493 APR 25 2022

US POSTAGE ~ PITNEY BOWES

$ 000.53⁰

80294-250151

UNITED STATES DISTRICT COURT
ATTN: GARNISHMENTS
901 19TH STREET
ROOM A-105
DENVER, CO 80294-3589