**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-rj-00003

MD SPA SHOP, LLC, a Colorado Limited Liability Company,

       Petitioner/Counter-Respondent,

v.

MED-AESTHETIC SOLUTIONS, INC., a California Corporation,

       Respondent/Counterclaimant.

---

**ORDER GRANTING MOTION FOR TURNOVER OF GARNISHED FUNDS**

---

THIS MATTER having come before the Court on Med-Aesthetic Solutions, Inc.'s Motion for Turnover of Garnished Funds, the Court having reviewed the Motion, any responses thereto, and for good cause shown it is

ORDERED that FirstBank shall turn over all funds held by FirstBank in all accounts held by MD Spa Shop, Inc., at FirstBank, pursuant to the Writ of Garnishment, to the Judgment Creditor, Med-Aesthetic Solutions, Inc., in care of Buechler Law Office, LLC, 999 18th Street, Suite 1230-S, Denver, Colorado 80202, within seven (7) days from the date of this Order.

The Court FURTHER ORDERS, that all sums turned over to the Judgment Creditor shall be applied to reduce the amount of Judgment as provided by law. Colo.R.Civ.P. 69(g).

DATED:_____                    BY THE COURT

                                                      _____
                                                      U.S. District Court Judge