IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-rj-00003

MD SPA SHOP, LLC, a Colorado Limited Liability Company,

    Petitioner/Counter-Respondent,

v.

MED-AESTHETIC SOLUTIONS, INC., a California Corporation,

    Respondent/Counterclaimant.

## ORDER GRANTING MOTION FOR TURNOVER OF GARNISHED FUNDS

Before the Court is Med-Aesthetic Solutions, Inc.'s Motion for Turnover of Garnished Funds. ECF 9. The Court ordered any responses to be filed on or before May 24, 2022. None were filed. Accordingly, the Court having reviewed the Motion, and for good cause shown, the Motion [filed May 3, 2022; ECF 9] is **granted**. It is

ORDERED that FirstBank shall turn over all funds held by FirstBank in all accounts held by MD Spa Shop, Inc., at FirstBank, pursuant to the Writ of Garnishment, to the Judgment Creditor, Med-Aesthetic Solutions, Inc., in care of Buechler Law Office, LLC, 999 18th Street, Suite 1230-S, Denver, Colorado 80202, within seven (7) days from the date of this Order.

The Court FURTHER ORDERS, that all sums turned over to the Judgment Creditor shall be applied to reduce the amount of Judgment as provided by law. Colo.R.Civ.P. 69(g).

DATED: 5/26/2022            BY THE COURT

                                                   U.S. Magistrate Judge